Craig P. Seebald (*pro hac vice*)
Jason A. Levine (*pro hac vice*)
Jeremy C. Keeney (*pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6585
Facsimile: (202) 879-8995
cseebald@velaw.com
jlevine@velaw.com
jkeeney@velaw.com

Matthew J. Jacobs (No. 171149)
mjacobs@velaw.com
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: 415.979.6900
Facsimile: 415.651.8786

*Counsel for Defendant Hitachi Maxell, Ltd.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION | § § § | Master File No. 4:13-md-02420-YGR MDL No. 2420 |
| This Document Relates To: | § § | Case No. 4:15-cv-02199-YGR |
| TRACFONE WIRELESS, INC. Plaintiff, vs. LG CHEM, LTD., et al., Defendants. | § § § § § § § § § § | **DEFENDANT HITACHI MAXELL, LTD.'S ANSWER TO TRACFONE WIRELESS, INC.'S FIRST AMENDED COMPLAINT** |

**DEFENDANT HITACHI MAXELL, LTD.'S ANSWER AND
AFFIRMATIVE DEFENSES TO TRACFONE WIRELESS, INC.'S
FIRST AMENDED COMPLAINT**

Defendant Hitachi Maxell, Ltd. ("HML") respectfully submits its Answer and Affirmative Defenses in response to the First Amended Complaint (the "Amended Complaint") filed by **TracFone Wireless, Inc.** ("TracFone"), as follows:[1]

## I. "INTRODUCTION"

1.     HML denies the allegations in Paragraph 1 of the Amended Complaint to the extent that they state allegations against HML.  HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 1; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies engaging in any "conspiracy."

2.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 of the Amended Complaint, which consist of statements of technical expertise that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

3.     HML denies the allegations in Paragraph 3 of the Amended Complaint to the extent that they state allegations against HML.  HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 of the Amended Complaint, which consist of statements of technical expertise and/or economic theory that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies engaging in any "price fixing."

4.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 of the Amended Complaint, which consist of statements of technical expertise and/ or economic theory that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it engaged in any

---

[1]     Solely for the convenience of the Court, this Answer repeats (in quotation marks) the headings used in the Complaint.  HML does **not** thereby admit the contents of any heading.

"conspiracy" or had "co-conspirators."

5.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

6.     HML denies the allegations in Paragraph 6 of the Amended Complaint to the extent that they state allegations against HML.  HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 6; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies engaging in any "cartelization of the worldwide market" or possessing any "secret" materials regarding the same.

7.     HML lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 7 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

8.     HML lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 8 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

9.     HML denies the allegations in Paragraph 9 of the Amended Complaint to the extent that they state allegations against HML.  HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 9; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies engaging in any "unlawful conduct" as part of a "price-fixing cartel," or seeking to "artificially increase" prices by "agreeing to restrain competition" or through any other conduct.

10.    HML denies the allegations in Paragraph 10 of the Amended Complaint to the extent that they state allegations against HML, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 10; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies engaging in any "collusive discussions" or "collusive meetings."

11.    HML denies the allegations in Paragraph 11 of the Amended Complaint to the extent

that they state allegations against HML, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 11; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies "colluding" or engaging in any "collusive discussions."

12.    HML denies the allegations in Paragraph 12 of the Amended Complaint to the extent that they state allegations against HML, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 12; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies engaging in any "collusive" or "conspiratorial" meetings.

13.    HML denies the allegations in the first sentence of Paragraph 13 of the Amended Complaint to the extent they state allegations against HML.  If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 13 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 13; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it had any "conscious commitment" to "stabilize" or "raise" LIB prices.

14.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 14 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 14; to the extent any answer is required, HML denies the allegations therein.

15.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 15 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of

the underlying allegations in Paragraph 15; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies attending any meetings in furtherance of any purported conspiracy.

16.     HML denies the allegations in Paragraph 16 of the Amended Complaint to the extent that they state allegations against HML.  HML further states that if accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in the final sentence of Paragraph 16 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 16; to the extent any answer is required, HML denies the allegations therein.   HML specifically denies attending any meetings in furtherance of any purported conspiracy.

17.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 17 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 17; to the extent any answer is required, HML denies the allegations therein.

18.     HML denies the allegations in the first sentence of Paragraph 18 of the Amended Complaint to the extent that they state allegations against HML.  If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 18 speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 18; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it understood any of its actions violated (or in fact violated) "international antitrust laws."

19.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the

document quoted in Paragraph 19 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 19; to the extent any answer is required, HML denies the allegations therein.

20.     HML denies the allegations in Paragraph 20 of the Amended Complaint to the extent that they state allegations against HML.  HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 20; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it attended "collusive meetings," had "co-conspirators," or engaged in any purported "conspiracy."

21.     HML denies the allegations in Paragraph 21 of the Amended Complaint to the extent that they state allegations against HML.  HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 21; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it acted with any "consciousness of guilt," used "concealment measures," or  engaged in any purported "conspiracy."

22.     HML denies the allegations in the first sentence of Paragraph 22 of the Amended Complaint to the extent that they state allegations against HML.  If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 22 speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 22; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it engaged in any "conspiracy" to raise worldwide prices or that it worked "in concert" with any of its affiliates to do so.

23.     HML denies the allegations in Paragraph 23 of the Amended Complaint to the extent that they state allegations against HML.  HML lacks information or knowledge sufficient to form a

1  belief as to the truth of the remaining allegations in Paragraph 23; to the extent any answer is

2  required, HML denies the allegations therein.  HML specifically denies that HML or any of its

3  executives have pleaded guilty to price-fixing or participated in any of the aforementioned alleged

4  component part conspiracies.

5       24.   HML denies the allegations in Paragraph 24 of the Amended Complaint to the extent

6  that they state allegations against HML.  HML lacks knowledge or information sufficient to form a

7  belief as to the truth of the remaining allegations in Paragraph 24; to the extent any answer is

8  required, HML denies the allegations therein.  HML specifically denies that it has participated in any

9  purported "anticompetitive conduct" or took any action that caused TracFone to suffer any "injury."

10 **II. "JURISDICTION AND VENUE"**

11      25.   HML states that the allegations in Paragraph 25 of the Amended Complaint consist of

12 legal arguments and conclusions to which no response is required; to the extent that any answer is

13 required, HML denies the allegations therein.

14      26.   HML states that the allegations in Paragraph 26 of the Amended Complaint consist of

15 legal arguments and conclusions to which no response is required; to the extent that any answer is

16 required, HML denies the allegations therein.

17      27.   HML states that the allegations in Paragraph 27 of the Amended Complaint consist of

18 legal arguments and conclusions to which no response is required; to the extent that any answer is

19 required, HML denies the allegations therein.

20      28.   HML denies the allegations in Paragraph 28 of the Amended Complaint to the extent

21 that they state allegations against HML.  HML further states that it lacks knowledge or information

22 sufficient to form a belief as to the truth of the remaining allegations in Paragraph 28; to the extent

23 any answer is required, HML denies the allegations therein.  HML specifically denies engaging in

24 any "conspiracy."

25      29.   HML denies the allegations in Paragraph 29 of the Amended Complaint. HML states

26 that the allegations in the first sentence of Paragraph 29 consist of legal arguments and conclusions

27 to which no response is required; to the extent any response is required, HML denies the allegations

28

therein.   HML specifically denies that HML or any of its executives have pleaded guilty in connection with the conspiracy alleged or "acknowledged" engaging in any "illegal activities."

30.     HML states that the allegations in Paragraph 30 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.   HML specifically denies the last sentence of Paragraph 30.

31.     HML states that the allegations in Paragraph 31 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.

## III.  "THE PARTIES"

### A.  "Plaintiffs"

32.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

33.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

34.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies the allegation that it "price-fixed."

35.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it has any "co-conspirators."

36.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

37.     HML lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 37 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

38.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

39.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 39 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. Further, HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it engaged in "illegal conduct."

40.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies the allegation that it fixed prices, participated in a conspiracy, or that its actions harmed TracFone.

41.     HML states that the allegations in Paragraph 41 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it had any "co-conspirators."

**B. "Defendants"**

42.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

43.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

44.     HML lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 44 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

45.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

46.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

47.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

48.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

49.     HML states that the allegations in Paragraph 49 of the Amended Complaint consist of shorthand used by TracFone for its convenience and do not require an answer; to the extent an answer is required, HML denies the allegations therein.

50.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

51.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

52.     HML states that the allegations in Paragraph 52 of the Amended Complaint consist of shorthand used by TracFone for its convenience and do not require an answer; to the extent an answer is required, HML denies the allegations therein.

53.     HML states that the allegations in Paragraph 53 of the Amended Complaint consist of

shorthand used by TracFone for its convenience and do not require an answer; to the extent an answer is required, HML denies the allegations therein.

54.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

55.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

56.     HML states that the allegations in Paragraph 56 of the Amended Complaint consist of shorthand used by TracFone for its convenience and do not require an answer; to the extent an answer is required, HML denies the allegations therein.

57.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

58.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

59.     HML states that the allegations in Paragraph 59 of the Amended Complaint consist of shorthand used by TracFone for its convenience and do not require an answer; to the extent an answer is required, HML denies the allegations therein.

60.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

61.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

62.     HML lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 62 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

63.     HML states that the allegations in Paragraph 63 of the Amended Complaint consist of shorthand used by TracFone for its convenience and do not require an answer; to the extent an answer is required, HML denies the allegations therein.

64.     HML denies the allegations in the first sentence of Paragraph 64 of the Amended Complaint.  HML avers that HML's address is 2-16-2, Konan, Minato-ku, Tokyo, 108-8248, Japan. HML denies the allegation in Paragraph 64 that Hitachi Maxell, Ltd. is a wholly-owned subsidiary of Hitachi, Ltd.  HML further specifically denies participating in any alleged "conspiracy."

65.     HML admits the allegations in the first sentence of Paragraph 65 of the Amended Complaint. HML specifically denies that either HML or Maxell Corporation of America or any of its affiliates participated in any purported "conspiracy," and denies all remaining allegations in Paragraph 65.

66.     HML states that the allegations in Paragraph 66 of the Amended Complaint consist of shorthand used by TracFone for its convenience and do not require an answer; to the extent an answer is required, HML denies the allegations therein.  HML objects to this shorthand because it improperly conflates and confuses the acts of two distinct corporate entities.

67.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

68.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

69.     HML states that the allegations in Paragraph 69 of the Amended Complaint consist of shorthand used by TracFone for its convenience and do not require an answer; to the extent an answer is required, HML denies the allegations therein.

70.     HML lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 70 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

71.     HML states that the allegations in Paragraph 71 of the Amended Complaint consist of shorthand used by TracFone for its convenience and do not require an answer; to the extent an answer is required, HML denies the allegations therein.

72.     HML states that the allegations in Paragraph 72 of the Amended Complaint consist of shorthand used by TracFone for its convenience and do not require an answer; to the extent an answer is required, HML denies the allegations therein.  HML objects to this shorthand because it improperly conflates and confuses the acts of distinct corporate entities. HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72; to the extent any answer is required, HML denies the allegations therein.

73.     HML states that the allegations in Paragraph 73 of the Amended Complaint consist of shorthand used by TracFone for its convenience and do not require an answer; to the extent an answer is required, HML denies the allegations therein.  HML objects to this shorthand because it improperly conflates and confuses the acts of distinct corporate entities.

### C.  "Agents and Co-Conspirators"

74.     HML states that the allegations in Paragraph 74 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.

75.     HML states that the allegations in Paragraph 75 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.

76.     HML states that the allegations in Paragraph 76 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies and objects to the allegations in Paragraph 76 to the extent that they confuse and conflate the actions of distinct corporate entities.

77.     HML states that the allegations in Paragraph 77 of the Amended Complaint consist of

legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.

78.     HML states that the allegations in Paragraph 78 of the Amended Complaint consist of legal arguments and conclusions to which no response is required.  Further, HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein. HML specifically denies that it has participated in any purported "conspiracy" or had "co-conspirators."

## IV.  "DESCRIPTION OF LITHIUM ION BATTERIES"

### A.     "Background of Batteries"

79.     HML lacks information sufficient to form a belief as to the truth of the allegations in Paragraph 79 of the Amended Complaint, which consist of statements of technical expertise that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

80.     HML lacks information sufficient to form a belief as to the truth of the allegations in Paragraph 80 of the Amended Complaint, which consist of statements of technical expertise that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

81.     HML lacks information sufficient to form a belief as to the truth of the allegations in Paragraph 81 of the Amended Complaint, which consist of statements of technical expertise that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

82.     HML lacks information sufficient to form a belief as to the truth of the allegations in Paragraph 82 of the Amended Complaint, which consist of statements of technical expertise and/or economic theory that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

83.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the

document quoted in Paragraph 83 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 83; to the extent any answer is required, HML denies the allegations therein.

**B. "Lithium Ion Batteries"**

**1. "Properties and Types of LIBs"**

84.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84 of the Amended Complaint, which consist of statements of technical expertise that are best suited to an expert opinion; to the extent that any answer is required, HML denies the allegations therein.

85.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85 of the Amended Complaint, which consist of statements of technical expertise that are best suited to an expert opinion; to the extent that any answer is required, HML denies the allegations therein.

86.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86 of the Amended Complaint, which consist of statements of technical expertise that are best suited to an expert opinion; to the extent that any answer is required, HML denies the allegations therein.

87.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87 of the Amended Complaint, which consist of statements of technical expertise that are best suited to an expert opinion; to the extent that any answer is required, HML denies the allegations therein.

88.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88 of the Amended Complaint, which consist of statements of technical expertise that are best suited to an expert opinion; to the extent that any answer is required, HML denies the allegations therein.

89.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89 of the Amended Complaint, which consist of statements of technical expertise that are best suited to an expert opinion; to the extent that any answer is required, HML denies the allegations therein.

90.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90 of the Amended Complaint, which consist of statements of technical expertise that are best suited to an expert opinion; to the extent that any answer is required, HML denies the allegations therein.

91.     HML states that the allegations in Paragraph 91 of the Amended Complaint consist of TracFone's own definition of "Lithium Ion Batteries" and do not require an answer; the extent an answer is required, HML denies the allegations therein.

92.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92 of the Amended Complaint, which consist of statements of technical expertise and/or economic theory that are best suited to an expert opinion; to the extent that any answer is required, HML denies the allegations therein.

93.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93 of the Amended Complaint, which consist of statements of technical expertise that are best suited to an expert opinion; to the extent that any answer is required, HML denies the allegations therein.

94.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94 of the Amended Complaint, which consist of statements of technical expertise that are best suited to an expert opinion; to the extent that any answer is required, HML denies the allegations therein.

95.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95 of the Amended Complaint, which consist of statements of technical expertise that are best suited to an expert opinion; to the extent that any answer is required, HML denies the allegations therein.

HITACHI MAXELL, LTD.'S ANSWER TO TRACFONE'S FIRST AMENDED COMPLAINT
CASE NO. 4:13-MD-02420 (YGR)

96.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96 of the Amended Complaint, which consist of statements of technical expertise that are best suited to an expert opinion; to the extent that any answer is required, HML denies the allegations therein.

### 2. "LIBs are commodity products"

97.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97 of the Amended Complaint, which consist of statements of technical expertise and/or economic theory that are best suited to an expert opinion; to the extent that any answer is required, HML denies the allegations therein.

98.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98 of the Amended Complaint, which consist of statements of technical expertise and/or economic theory that are best suited to an expert opinion; to the extent that any answer is required, HML denies the allegations therein.

99.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 99 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 99, which consist of statements of economic theory that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

100.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 100 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 100, which consist of statements of technical expertise and/or economic theory that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

101.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 101 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 101, which consist of statements of economic theory that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

102.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 102 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 102; to the extent any answer is required, HML denies the allegations therein.

103.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 103 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 103, which consist of statements of technical expertise that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

### 3. "Packing"

104.    HML lacks the knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

105.    HML admits the allegation in Paragraph 105 that it has used third parties to pack Lithium Ion Batteries.  HML lacks the knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105 of the Amended Complaint as they relate to other entities;

to the extent any answer is required, HML denies the allegations therein.

106.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106 of the Amended Complaint, which consist of statements of technical expertise that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

107.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

108.   HML lacks the knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

## V.   "DEFENDANTS CONSPIRED TO RAISE AND STABILIZE LITHIUM ION BATTERY PRICES"

### A.   "<u>Summary of Defendants' Overt Acts in Furtherance of the Conspiracy</u>"

109.   HML denies the allegations in Paragraph 109 of the Amended Complaint to the extent that they state allegations against HML.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 109; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it engaged in any "collusive meetings and communications."

110.   HML denies the allegations in Paragraph 110 of the Amended Complaint to the extent that they state allegations against HML.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 110; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it took any acts or participated in any "collusive meetings" in furtherance of any purported "conspiracy."

111.   HML denies the allegations in Paragraph 111 of the Amended Complaint to the extent that they state allegations against HML.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 111; to the extent any answer

is required, HML denies the allegations therein.  HML specifically denies that it took any acts or had any "collusive discussions" in furtherance of any purported "conspiracy."

112.   HML denies the allegations in Paragraph 112 of the Amended Complaint to the extent that they state allegations against HML.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 112; to the extent any answer is required HML denies the allegations therein.  HML specifically denies that it took any acts in furtherance of any purported "conspiracy" or that it attended any "conspiratorial meetings."

113.   HML denies the allegations in Paragraph 113 of the Amended Complaint to the extent that they state allegations against HML.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 113; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it took part in any "collusive meetings."

114.   If accurately described, which HML lacks sufficient information to confirm or deny, the document referenced in Paragraph 114 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 114; to the extent any answer is required, HML denies the allegations therein.

115.   If accurately quoted, which HML lacks sufficient knowledge or information to confirm or deny, the document quoted in Paragraph 115 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 115; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies attending any meetings in furtherance of any purported conspiracy.

116.   If accurately quoted, which HML lacks sufficient knowledge or information to confirm or deny, the document quoted in Paragraph 116 of the Amended Complaint speaks for itself

and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 116; to the extent any answer is required, HML denies the allegations therein.

117.   If accurately quoted, which HML lacks sufficient knowledge or information to confirm or deny, the document quoted in Paragraph 117 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 117; to the extent any answer is required, HML denies the allegations therein.

118.   If accurately quoted, which HML lacks sufficient knowledge or information to confirm or deny, the document quoted in Paragraph 118 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 118; to the extent any answer is required, HML denies the allegations therein.

119.   If accurately quoted, which HML lacks sufficient knowledge or information to confirm or deny, the document quoted in Paragraph 119 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 119; to the extent any answer is required, HML denies the allegations therein.

120.   If accurately quoted, which HML lacks sufficient knowledge or information to confirm or deny, the document quoted in Paragraph 120 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 120; to the extent any answer is required, HML denies the

allegations therein.

121.    If accurately quoted, which HML lacks sufficient knowledge or information to confirm or deny, the document quoted in Paragraph 121 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 121; to the extent any answer is required, HML denies the allegations therein.

122.    If accurately quoted, which HML lacks sufficient knowledge or information to confirm or deny, the document quoted in Paragraph 122 of the Amended Complaint speaks for itself and no further response is required; to the extent any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 122; to the extent any answer is required, HML denies the allegations therein.

123.    HML denies the allegations in Paragraph 123 of the Amended Complaint to the extent they state allegations against HML.  HML lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 123; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it participated in any "collusive meetings" as alleged in Paragraph 123.

124.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 124 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 124; to the extent any answer is required, HML denies the allegations therein.

125.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 125 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.

HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 125; to the extent any answer is required, HML denies the allegations therein.

126.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 126 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 126; to the extent any answer is required, HML denies the allegations therein.

127.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 127 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 127; to the extent any answer is required, HML denies the allegations therein.

128.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 128 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 128; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it participated in any meetings in furtherance of any purported conspiracy or entered into any improper agreement with competitors.

129.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 129 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 129; to the extent any answer is required, HML denies the

1    allegations therein.  HML specifically denies that it participated in any meetings in furtherance of

2    any purported conspiracy.

3            130.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

4    document quoted in Paragraph 130 of the Amended Complaint speaks for itself and no further

5    response is required; to the extent that any answer is required, HML denies the allegations therein.

6    HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of

7    the underlying allegations in Paragraph 130; to the extent any answer is required, HML denies the

8    allegations therein.  HML specifically denies that it participated in any meetings in furtherance of

9    any purported conspiracy.

10           131.    HML lacks knowledge or information sufficient to form a belief as to the truth of the

11   allegations in Paragraph 131 of the Amended Complaint; to the extent any answer is required, HML

12   denies the allegations therein.

13           132.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

14   document quoted in Paragraph 132 of the Amended Complaint speaks for itself and no further

15   response is required; to the extent that any answer is required, HML denies the allegations therein.

16   HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of

17   the underlying allegations in Paragraph 132; to the extent any answer is required, HML denies the

18   allegations therein.

19           133.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

20   document quoted in Paragraph 133 of the Amended Complaint speaks for itself and no further

21   response is required; to the extent that any answer is required, HML denies the allegations therein.

22   HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of

23   the underlying allegations in Paragraph 133; to the extent any answer is required, HML denies the

24   allegations therein.

25           134.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

26   document quoted in Paragraph 134 of the Amended Complaint speaks for itself and no further

27   response is required; to the extent that any answer is required, HML denies the allegations therein.

28

HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 134; to the extent any answer is required, HML denies the allegations therein.

135.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 135 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 135; to the extent any answer is required, HML denies the allegations therein.

136.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 136 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 136; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it participated in any "collusive meetings."

137.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 137 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 137; to the extent any answer is required, HML denies the allegations therein.

138.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 138 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 138; to the extent any answer is required, HML denies the allegations therein.

139.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 139 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 139; to the extent any answer is required, HML denies the allegations therein.

140.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 140 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 140; to the extent any answer is required, HML denies the allegations therein.

141.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 141 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 141; to the extent any answer is required, HML denies the allegations therein.

142.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 142 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 142; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it participated in any meetings in furtherance of any purported conspiracy.

143.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 143 of the Amended Complaint speaks for itself and no further

response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 143; to the extent any answer is required, HML denies the allegations therein.

144.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 144 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 144; to the extent any answer is required, HML denies the allegations therein.

145.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 145 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 145; to the extent any answer is required, HML denies the allegations therein.

146.    HML denies the allegations in the first sentence of Paragraph 146 of the Amended Complaint to the extent they state allegations against HML.  HML states that if quoted accurately, the document quoted in the remainder of Paragraph 146 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 146; to the extent any response is required, HML denies the allegations therein.

147.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 147 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of

the underlying allegations in Paragraph 147; to the extent any answer is required, HML denies the allegations therein.

148.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 148 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 148; to the extent any answer is required, HML denies the allegations therein.

149.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 149 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 149; to the extent any answer is required, HML denies the allegations therein.

150.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 150 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 150; to the extent any answer is required, HML denies the allegations therein.

151.     HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 151 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it participated in any meeting in furtherance of any purported conspiracy.

152.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 152 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.

HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 152; to the extent any answer is required, HML denies the allegations therein.

153.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 153 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 153; to the extent any answer is required, HML denies the allegations therein.

154.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 154 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 154; to the extent any answer is required, HML denies the allegations therein.

155.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 155 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 155; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it participated in any meetings in furtherance of any purported conspiracy.

156.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 156 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 156; to the extent any answer is required, HML denies the allegations

therein.

157.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 157 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 157; to the extent any answer is required, HML denies the allegations therein.

158.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 158 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

159.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 159 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 159; to the extent any answer is required, HML denies the allegations therein.

160.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 160 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

161.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 161 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.   HML specifically denies that it participated in any meetings in furtherance of any purported conspiracy.

162.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 162 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

allegations in Paragraph 162; to the extent any answer is required, HML denies the allegations therein.

163.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 163 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

164.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 164 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

165.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 165 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 165; to the extent any answer is required, HML denies the allegations therein.

166.    If quoted accurately, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 166 of the Amended Complaint speaks for itself and no further response is required.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 166; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it participated in any meetings in furtherance of any purported conspiracy or that it entered into any improper agreement with competitors.

167.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 167 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 167; to the extent any answer is required, HML denies the allegations therein.

168.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

document quoted in Paragraph 168 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 168; to the extent any answer is required, HML denies the allegations therein.

169.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 169 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

170.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 170 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 170; to the extent any answer is required, HML denies the allegations therein.

171.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 171 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 171; to the extent any answer is required, HML denies the allegations therein.

172.    If accurately described, which HML lacks sufficient information to confirm or deny, the document referenced in Paragraph 172 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 172; to the extent any answer is required, HML denies the allegations therein.

173.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

document quoted in Paragraph 173 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 173; to the extent any answer is required, HML denies the allegations therein.

174.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 174 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 174; to the extent any answer is required, HML denies the allegations therein.

175.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 175 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

176.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 176 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

177.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 177 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

178.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 178 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 178; to the extent any answer is required, HML denies the allegations therein.

179.    HML lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 179 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

180.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 180 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

181.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 181 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 181; to the extent any answer is required, HML denies the allegations therein.

182.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 182 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

183.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 183 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

184.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 184 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

185.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 185 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

186.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 186 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

allegations in Paragraph 186; to the extent any answer is required, HML denies the allegations therein.

187.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 187 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 187; to the extent any answer is required, HML denies the allegations therein.

188.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 188 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 188; to the extent any answer is required, HML denies the allegations therein.

189.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 189 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 189; to the extent any answer is required, HML denies the allegations therein.

190.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 190 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

191.   If accurately quoted, which HML lacks knowledge or information sufficient to confirm or deny, the document quoted in Paragraph 191 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth

of the underlying allegations in Paragraph 191; to the extent any answer is required, HML denies the allegations therein.

192.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 192 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 192; to the extent any answer is required, HML denies the allegations therein.

193.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 193 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 193; to the extent any answer is required, HML denies the allegations therein.

194.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 194 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 194; to the extent any answer is required, HML denies the allegations therein.

195.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 195 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 195; to the extent any answer is required, HML denies the allegations therein.

196.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the

document quoted in Paragraph 196 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 196; to the extent any answer is required, HML denies the allegations therein.

197.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 197 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 197; to the extent any answer is required, HML denies the allegations therein.

198.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 198 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 198; to the extent any answer is required, HML denies the allegations therein.

199.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 199 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 199; to the extent any answer is required, HML denies the allegations therein.

200.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 200 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

1   allegations in Paragraph 200; to the extent any answer is required, HML denies the allegations

2   therein.

3         201.    HML lacks knowledge or information sufficient to form a belief as to the truth of the

4   allegations in Paragraph 201 of the Amended Complaint; to the extent any answer is required, HML

5   denies the allegations therein.

6         202.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

7   document quoted in Paragraph 202 of the Amended Complaint speaks for itself and no further

8   response is required; to the extent that any answer is required, HML denies the allegations therein.

9   HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

10  allegations in Paragraph 202; to the extent any answer is required, HML denies the allegations

11  therein.

12        203.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

13  document quoted in Paragraph 203 of the Amended Complaint speaks for itself and no further

14  response is required; to the extent that any answer is required, HML denies the allegations therein.

15  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

16  allegations in Paragraph 203; to the extent any answer is required, HML denies the allegations

17  therein.

18        204.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

19  document quoted in Paragraph 204 of the Amended Complaint speaks for itself and no further

20  response is required; to the extent that any answer is required, HML denies the allegations therein.

21  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

22  allegations in Paragraph 204; to the extent any answer is required, HML denies the allegations

23  therein.

24        205.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

25  document quoted in Paragraph 205 of the Amended Complaint speaks for itself and no further

26  response is required; to the extent that any answer is required, HML denies the allegations therein.

27  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

28

allegations in Paragraph 205; to the extent any answer is required, HML denies the allegations therein.

206.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 206 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 206; to the extent any answer is required, HML denies the allegations therein.

207.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 207 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 207; to the extent any answer is required, HML denies the allegations therein.

208.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 208 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 208; to the extent any answer is required, HML denies the allegations therein.

209.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 209 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 209; to the extent any answer is required, HML denies the allegations therein.

210.     If accurately described, which HML lacks sufficient information to confirm or deny,

the document referenced in Paragraph 210 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 210; to the extent any answer is required, HML denies the allegations therein.

211.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 211 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 211; to the extent any answer is required, HML denies the allegations therein.

212.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 212 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 212; to the extent any answer is required, HML denies the allegations therein.

213.   HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 213 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

214.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 214 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 214; to the extent any answer is required, HML denies the allegations therein.

215.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the

document quoted in Paragraph 215 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 215; to the extent any answer is required, HML denies the allegations therein.

216.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 216 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 216; to the extent any answer is required, HML denies the allegations therein.

217.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 217 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 217; to the extent any answer is required, HML denies the allegations therein.

218.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 218 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 218; to the extent any answer is required, HML denies the allegations therein.

219.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 219 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

allegations in Paragraph 219; to the extent any answer is required, HML denies the allegations therein.

220.    If accurately described, which HML lacks sufficient information to confirm or deny, the document referenced in Paragraph 220 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 220; to the extent any answer is required, HML denies the allegations therein.

221.    If accurately described, which HML lacks sufficient information to confirm or deny, the document referenced in Paragraph 221 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 221; to the extent any answer is required, HML denies the allegations therein.

222.    If accurately described, which HML lacks sufficient information to confirm or deny, the document referenced in Paragraph 222 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 222; to the extent any answer is required, HML denies the allegations therein.

223.    If accurately described, which HML lacks sufficient information to confirm or deny, the document referenced in Paragraph 223 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 223; to the extent any answer is required, HML denies the allegations therein.

224.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

1  document quoted in Paragraph 224 of the Amended Complaint speaks for itself and no further

2  response is required; to the extent that any answer is required, HML denies the allegations therein.

3  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

4  allegations in Paragraph 224; to the extent any answer is required, HML denies the allegations

5  therein.

6      225.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

7  document quoted in Paragraph 225 of the Amended Complaint speaks for itself and no further

8  response is required; to the extent that any answer is required, HML denies the allegations therein.

9  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

10  allegations in Paragraph 225; to the extent any answer is required, HML denies the allegations

11  therein.

12      226.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

13  document quoted in Paragraph 226 of the Amended Complaint speaks for itself and no further

14  response is required; to the extent that any answer is required, HML denies the allegations therein.

15  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

16  allegations in Paragraph 226; to the extent any answer is required, HML denies the allegations

17  therein.

18      227.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

19  document quoted in Paragraph 227 of the Amended Complaint speaks for itself and no further

20  response is required; to the extent that any answer is required, HML denies the allegations therein.

21  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

22  allegations in Paragraph 227; to the extent any answer is required, HML denies the allegations

23  therein.

24      228.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

25  document quoted in Paragraph 228 of the Amended Complaint speaks for itself and no further

26  response is required; to the extent that any answer is required, HML denies the allegations therein.

27  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

28

1   allegations in Paragraph 228; to the extent any answer is required, HML denies the allegations

2   therein.

3        229.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

4   document quoted in Paragraph 229 of the Amended Complaint speaks for itself and no further

5   response is required; to the extent that any answer is required, HML denies the allegations therein.

6   HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

7   allegations in Paragraph 229; to the extent any answer is required, HML denies the allegations

8   therein.

9        230.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

10   document quoted in Paragraph 230 of the Amended Complaint speaks for itself and no further

11   response is required; to the extent that any answer is required, HML denies the allegations therein.

12   HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

13   allegations in Paragraph 230; to the extent any answer is required, HML denies the allegations

14   therein.

15        231.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

16   document quoted in Paragraph 231 of the Amended Complaint speaks for itself and no further

17   response is required; to the extent that any answer is required, HML denies the allegations therein.

18   HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

19   allegations in Paragraph 231; to the extent any answer is required, HML denies the allegations

20   therein.

21        232.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

22   document quoted in Paragraph 232 of the Amended Complaint speaks for itself and no further

23   response is required; to the extent that any answer is required, HML denies the allegations therein.

24   HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

25   allegations in Paragraph 232; to the extent any answer is required, HML denies the allegations

26   therein.

27        233.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

28

document quoted in Paragraph 233 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 233; to the extent any answer is required, HML denies the allegations therein.

234.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 234 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 234; to the extent any answer is required, HML denies the allegations therein.

235.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 235 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 235; to the extent any answer is required, HML denies the allegations therein.

236.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 236 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 236; to the extent any answer is required, HML denies the allegations therein.

237.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 237 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

1  allegations in Paragraph 237; to the extent any answer is required, HML denies the allegations

2  therein.

3       238.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

4  document quoted in Paragraph 238 of the Amended Complaint speaks for itself and no further

5  response is required; to the extent that any answer is required, HML denies the allegations therein.

6  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

7  allegations in Paragraph 238; to the extent any answer is required, HML denies the allegations

8  therein.

9       **B. "The U.S. Subsidiaries Directly Participated in the Conspiracy"**

10      239.    HML denies the allegations in Paragraph 239 of the Amended Complaint to the

11 extent they state allegations against HML.  HML lacks knowledge or information sufficient to form

12 a belief as to the truth of the remaining allegations in Paragraph 239; to the extent any answer is

13 required, HML denies the allegations therein.  HML specifically denies that HML or any of its

14 personnel participated in any purported "collusion" or "conspiracy."

15      240.    HML denies the allegations in Paragraph 240 of the Amended Complaint to the

16 extent they state allegations against HML.  HML lacks sufficient knowledge or information to form

17 an opinion as to the truth of the remaining allegations in Paragraph 240; to the extent any answer is

18 required, HML denies the allegations therein.  HML specifically denies that any "foreign

19 executives" assigned to work at HML "engaged in collusive conduct" or "had actual and apparent

20 authority over pricing decisions carried out through" HML.

21      241.    HML denies the allegations in Paragraph 241 of the Amended Complaint to the

22 extent they state allegations against HML and/or any of its subsidiaries.  HML lacks sufficient

23 knowledge or information to form an opinion as to the truth of the remaining allegations in

24 Paragraph 241; to the extent any answer is required, HML denies the allegations therein.  HML

25 specifically denies that HML, any of its affiliates, or any "foreign executives" assigned to HML

26 engaged in any conduct to "ensure adherence" to any purported "conspiratorial understanding."

27      242.    HML denies the allegations in Paragraph 242 of the Amended Complaint to the

28

extent they state allegations against HML.  HML lacks sufficient knowledge or information to form an opinion as to the truth of the remaining allegations in Paragraph 242; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that HML or any "foreign executives" assigned to HML participated in any purported conspiracy, either alone or at the direction of any of HML affiliates.

243.    HML denies the allegations in Paragraph 243 of the Amended Complaint to the extent they state allegations against HML.  HML lacks sufficient knowledge or information to form an opinion as to the truth of the remaining allegations in Paragraph 243; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that HML or any "foreign executive" assigned to HML participated in any purported conspiracy, either alone or at the direction of any of HML's affiliates.

### 1.  "LGCAI's Participation in the Conspiracy"

#### a. "LGCAI's Direct Communications Regarding the Conspiracy"

244.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 244 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 244; to the extent any answer is required, HML denies the allegations therein.

245.    If accurately described, which HML lacks sufficient information to confirm or deny, the document referenced in Paragraph 245 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 245; to the extent any answer is required, HML denies the allegations therein.

246.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 246 of the Amended Complaint speaks for itself and no further

response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 246; to the extent any answer is required, HML denies the allegations therein.

247.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 247 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 247; to the extent any answer is required, HML denies the allegations therein.

248.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 248 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 248; to the extent any answer is required, HML denies the allegations therein.

249.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 249 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 249; to the extent any answer is required, HML denies the allegations therein.

250.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 250 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 250; to the extent any answer is required, HML denies the allegations

therein.

251.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 251 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 251; to the extent any answer is required, HML denies the allegations therein.

252.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 252 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 252; to the extent any answer is required, HML denies the allegations therein.

253.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 253 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 253; to the extent any answer is required, HML denies the allegations therein.

254.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 254 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 254; to the extent any answer is required, HML denies the allegations therein.

255.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 255 of the Amended Complaint speaks for itself and no further

response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 255; to the extent any answer is required, HML denies the allegations therein.

256.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 256 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 256; to the extent any answer is required, HML denies the allegations therein.

257.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 257 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 257; to the extent any answer is required, HML denies the allegations therein.

> b. "LGCAI Employed Foreign Executives Who Participated in Conspiratorial Conduct"

258.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 258 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

> c. "LG Chem Directed LGCAI's Pricing and Supply Decisions"

259.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 259 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 259; to the extent any answer is required, HML denies the allegations

1  therein.

2  260.   HML lacks knowledge or sufficient information to form a belief as to the truth of the

3  allegations contained in Paragraph 260 of the Amended Complaint; to the extent any answer is

4  required, HML denies the allegations therein.

5  261.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the

6  document referenced in Paragraph 261 of the Amended Complaint speaks for itself and no further

7  response is required; to the extent that any answer is required, HML denies the allegations therein.

8  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

9  allegations in Paragraph 261; to the extent any answer is required, HML denies the allegations

10  therein.

11  **2. "SDIA's Participation in the Conspiracy"**

12  a. "SDIA's Direct Communications Regarding the Conspiracy"

13  262.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the

14  document quoted in Paragraph 262 of the Amended Complaint speaks for itself and no further

15  response is required; to the extent that any answer is required, HML denies the allegations therein.

16  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

17  allegations in Paragraph 262; to the extent any answer is required, HML denies the allegations

18  therein.

19  b. "SDIA Employed Foreign Executives Who Participated in Conspiratorial

20  Conduct"

21  263.   HML lacks knowledge or information sufficient to form a belief as to the truth of the

22  allegations in Paragraph 263 of the Amended Complaint; to the extent any answer is required, HML

23  denies the allegations therein.

24  c. "SDI Directed SDIA's Pricing and Supply Decisions"

25  264.   HML lacks sufficient knowledge or information to form a belief as to the truth of the

26  allegations contained in Paragraph 264 of the Amended Complaint; to the extent any answer is

27  required, HML denies the allegations therein.

28

265.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 265 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 265; to the extent any answer is required, HML denies the allegations therein.

### 3. "Sanyo North America's Participation in the Conspiracy"

a.   "<u>Sanyo North America's Direct Communications Regarding the Conspiracy</u>"

266.    If accurately described, which HML lacks sufficient information to confirm or deny, the document referenced in Paragraph 266 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 266; to the extent any answer is required, HML denies the allegations therein.

267.    If accurately described and quoted, which HML lacks sufficient information to confirm or deny, the document referenced in Paragraph 267 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 267; to the extent any answer is required, HML denies the allegations therein.

268.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 268 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 268; to the extent any answer is required, HML denies the allegations therein.

269.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 269 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 269; to the extent any answer is required, HML denies the allegations therein.

270.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 270 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 270; to the extent any answer is required, HML denies the allegations therein.

271.    If accurately described, which HML lacks sufficient information to confirm or deny, the document referenced in Paragraph 271 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 271; to the extent any answer is required, HML denies the allegations therein.

272.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 272 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML denies the allegations in the second sentence of Paragraph 272 to the extent they state allegations against HML.  HML specifically denies that it participated in any meetings in furtherance of any purported conspiracy or that it entered into any improper agreement with competitors.

273.    If accurately described, which HML lacks sufficient information to confirm or deny, the document referenced in Paragraph 273 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations

therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 273; to the extent any answer is required, HML denies the allegations therein.

> b. "<u>Sanyo North America Employed Foreign Executives Who Participated in Conspiratorial Conduct</u>"

274.    If accurately described, which HML lacks sufficient information to confirm or deny, the documents referenced in Paragraph 274 of the Amended Complaint speak for themselves and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 274; to the extent any answer is required, HML denies the allegations therein.

> c. "<u>Sanyo Japan Directed Sanyo North America Pricing and Supply Decisions</u>"

275.    If accurately described, which HML lacks sufficient information to confirm or deny, the document described in Paragraph 275 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 275; to the extent any answer is required, HML denies the allegations therein.

276.    If accurately described, which HML lacks sufficient information to confirm or deny, the document referenced in Paragraph 276 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 276; to the extent any answer is required, HML denies the allegations therein.

277.    If accurately described, which HML lacks sufficient information to confirm or deny, the document referenced in Paragraph 277 of the Amended Complaint speaks for itself and no

1   further response is required; to the extent that any answer is required, HML denies the allegations

2   therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the

3   underlying allegations in Paragraph 277; to the extent any answer is required, HML denies the

4   allegations therein.

5          278.    If accurately described, which HML lacks sufficient information to confirm or deny,

6   the document referenced in Paragraph 278 of the Amended Complaint speaks for itself and no

7   further response is required; to the extent that any answer is required, HML denies the allegations

8   therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the

9   underlying allegations in Paragraph 278; to the extent any answer is required, HML denies the

10  allegations therein.

11             **4. "Panasonic North America's Participation in the Conspiracy"**

12                  a.  "<u>Panasonic North America's Direct Communications Regarding the</u>

13                      <u>Conspiracy</u>"

14         279.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

15  document quoted in Paragraph 279 of the Amended Complaint speaks for itself and no further

16  response is required; to the extent that any answer is required, HML denies the allegations therein.

17  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

18  allegations in Paragraph 279; to the extent any answer is required, HML denies the allegations

19  therein.

20         280.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

21  document quoted in Paragraph 280 of the Amended Complaint speaks for itself and no further

22  response is required; to the extent that any answer is required, HML denies the allegations therein.

23  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

24  allegations in Paragraph 280; to the extent any answer is required, HML denies the allegations

25  therein.

26         281.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

27  document quoted in Paragraph 281 of the Amended Complaint speaks for itself and no further

28

response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 281; to the extent any answer is required, HML denies the allegations therein.

282.   If accurately described, which HML lacks sufficient information to confirm or deny, the document referenced in Paragraph 282 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 282; to the extent any answer is required, HML denies the allegations therein.

283.   If accurately described and quoted, which HML lacks sufficient information to confirm or deny, the document referenced in Paragraph 283 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 283; to the extent any answer is required, HML denies the allegations therein.

b. "Panasonic Japan Directed Panasonic North America Pricing and Supply Decisions"

284.   If accurately described, which HML lacks sufficient information to confirm or deny, the document referenced in Paragraph 284 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 284; to the extent any answer is required, HML denies the allegations therein.

5. "Sony North America's Participation in the Conspiracy"

a. "Sony North America's Direct Communications Regarding the Conspiracy"

285.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the

1  document quoted in Paragraph 285 of the Amended Complaint speaks for itself and no further

2  response is required; to the extent that any answer is required, HML denies the allegations therein.

3  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

4  allegations in Paragraph 285; to the extent any answer is required, HML denies the allegations

5  therein.

6          b. "Sony North America Employed Foreign Executives Who Participated in

7              Conspiratorial Conduct"

8          286.   If accurately described, which HML lacks sufficient information to confirm or deny,

9  the document referenced in Paragraph 286 of the Amended Complaint speaks for itself and no

10  further response is required; to the extent that any answer is required, HML denies the allegations

11  therein.   HML lacks knowledge or information sufficient to form a belief as to the truth of the

12  underlying allegations in Paragraph 286; to the extent any answer is required, HML denies the

13  allegations therein.

14          287.   HML lacks knowledge or information sufficient to form a belief as to the truth of the

15  allegations in Paragraph 287 of the Amended Complaint; to the extent any answer is required, HML

16  denies the allegations therein.

17          288.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the

18  document quoted in Paragraph 288 of the Amended Complaint speaks for itself and no further

19  response is required; to the extent that any answer is required, HML denies the allegations therein.

20  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

21  allegations in Paragraph 288; to the extent any answer is required, HML denies the allegations

22  therein.

23          c. "Sony Japan Directed Sony North America Pricing and Supply Decisions"

24          289.   If accurately described, which HML lacks sufficient information to confirm or deny,

25  the document referenced in Paragraph 289 of the Amended Complaint speaks for itself and no

26  further response is required; to the extent that any answer is required, HML denies the allegations

27  therein.   HML lacks knowledge or information sufficient to form a belief as to the truth of the

28

underlying allegations in Paragraph 289; to the extent any answer is required, HML denies the allegations therein.

290.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 290 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 290; to the extent any answer is required, HML denies the allegations therein.

291.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 291 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 291; to the extent any answer is required, HML denies the allegations therein.

292.    If accurately described, which HML lacks sufficient information to confirm or deny, the document referenced in Paragraph 292 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 292; to the extent any answer is required, HML denies the allegations therein.

293.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 293 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 293; to the extent any answer is required, HML denies the allegations therein.

294.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

document quoted in Paragraph 294 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 294; to the extent any answer is required, HML denies the allegations therein.

295.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 295 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 295; to the extent any answer is required, HML denies the allegations therein.

### 6. "Maxell Corp. of America's Participation in the Conspiracy"

a. "<u>Maxell Corp. of America's Direct Communications Regarding the Conspiracy</u>"

296.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 296 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML denies the underlying allegations in Paragraph 296 to the extent they state allegations against HML or any of its subsidiaries.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining underlying allegations in Paragraph 296; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies engaging in any improper communications with competitors.

297.    If accurately described, which HML lacks sufficient information to confirm or deny, the document described in Paragraph 297 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML denies the underlying allegations in Paragraph 297 to the extent they state allegations against HML or any of its subsidiaries.  HML lacks knowledge or information sufficient to form a belief as

to the truth of the remaining underlying allegations in Paragraph 297; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies engaging in any improper communications with competitors.

298.    HML denies the allegations in Paragraph 298 of the Amended Complaint to the extent they state allegations against HML.  HML lacks knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 298; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it engaged in any improper communications with competitors, and further specifically denies that it exchanged improperly obtained information with any of its affiliates.

> b. "Hitachi Maxell, Ltd. Directed Maxell Corp. of America's Pricing and Supply Decisions"

299.    HML denies the allegations in the first sentence of Paragraph 299 of the Amended Complaint.  HML further states that, if accurately quoted and described, which HML lacks sufficient information to confirm or deny, the document quoted and described in the second and third sentences of Paragraph 299 speaks for itself and no further response is required; to the extent any answer is required, HML denies the allegations therein.

**C. "The Defendants' Pricing and Production Levels in Response to the Global Economic Crisis in 2008 Further Supports the Existence of the Conspiracy"**

300.    HML denies the allegations in Paragraph 300 of the Amended Complaint to the extent they state allegations against HML.  HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 300 of the Amended Complaint, which consist of statements of economic theory that are best suited to expert opinion; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies being a member of a cartel.

301.    HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 301 of the Amended Complaint, which consist of statements of economic theory that are best suited to expert opinion; to the extent any answer is required, HML

1    denies the allegations therein.

2        302.   HML states that it lacks knowledge or information sufficient to form a belief as to the

3    truth of the allegations in Paragraph 302 of the Amended Complaint, which consist of statements of

4    economic theory that are best suited to expert opinion; to the extent any answer is required, HML

5    denies the allegations therein.

6        303.   HML states that it lacks knowledge or information sufficient to form a belief as to the

7    truth of the allegations in Paragraph 303 of the Amended Complaint, which consist of statements of

8    economic theory that are best suited to expert opinion; to the extent any answer is required, HML

9    denies the allegations therein.

10   **D. "The Structure and Characteristics of the Lithium Ion Battery Market Plausibly**

11   **Support the Alleged Conspiracy"**

12       304.   HML states that it lacks knowledge or information sufficient to form a belief as to the

13   truth of the allegations in Paragraph 304 of the Amended Complaint, which consist of statements of

14   economic theory that are best suited to expert opinion; to the extent any answer is required, HML

15   denies the allegations therein.

16   **1. "The Lithium Ion Batteries Market Has High Barriers to Entry"**

17       305.   HML states that it lacks knowledge or information sufficient to form a belief as to the

18   truth of the allegations in Paragraph 305 of the Amended Complaint, which consist of statements of

19   economic theory that are best suited to expert opinion; to the extent any answer is required, HML

20   denies the allegations therein.

21       306.   HML states that it lacks knowledge or information sufficient to form a belief as to the

22   truth of the allegations in Paragraph 306 of the Amended Complaint, which consist of statements of

23   economic theory that are best suited to expert opinion; to the extent any answer is required, HML

24   denies the allegations therein.

25       307.   HML states that it lacks knowledge or information sufficient to form a belief as to the

26   truth of the allegations in Paragraph 307 of the Amended Complaint, which consist of statements of

27   economic theory that are best suited to expert opinion; to the extent any answer is required, HML

28

1   denies the allegations therein.

2      308.    HML states that it lacks knowledge or information sufficient to form a belief as to the

3   truth of the allegations in Paragraph 308 of the Amended Complaint, which consist of statements of

4   economic theory that are best suited to expert opinion; to the extent any answer is required, HML

5   denies the allegations therein.

6      309.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

7   document quoted in Paragraph 309 of the Amended Complaint speaks for itself and no further

8   response is required; to the extent that any answer is required, HML denies the allegations therein.

9   HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of

10  the underlying allegations in Paragraph 309, which consist of statements of economic theory that are

11  best suited to expert opinion; to the extent any answer is required, HML denies the allegations

12  therein.

13     310.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

14  document quoted in Paragraph 310 of the Amended Complaint speaks for itself and no further

15  response is required; to the extent that any answer is required, HML denies the allegations therein.

16  HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of

17  the underlying allegations in Paragraph 310, which consist of statements of economic theory that are

18  best suited to expert opinion; to the extent any answer is required, HML denies the allegations

19  therein.

20     311.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

21  document quoted in Paragraph 311 of the Amended Complaint speaks for itself and no further

22  response is required; to the extent that any answer is required, HML denies the allegations therein.

23  HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of

24  the underlying allegations in Paragraph 311, which consist of statements of economic theory that are

25  best suited to expert opinion; to the extent any answer is required, HML denies the allegations

26  therein.

27     312.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

28

document quoted in Paragraph 312 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 312, which consist of statements of economic theory that are best suited to expert opinion; to the extent any answer is required, HML denies the allegations therein.

313.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 313 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 313, which consist of statements of economic theory that are best suited to expert opinion; to the extent any answer is required, HML denies the allegations therein.

314.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 314 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 314, which consist of statements of economic theory that are best suited to expert opinion; to the extent any answer is required, HML denies the allegations therein.

315.    HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 315 of the Amended Complaint, which consist of statements of economic theory that are best suited to expert opinion; to the extent any answer is required, HML denies the allegations therein.

316.    HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 316 of the Amended Complaint, which consist of statements of economic theory that are best suited to expert opinion; to the extent any answer is required, HML

1   denies the allegations therein.

2       317.    HML states that it lacks knowledge or information sufficient to form a belief as to the

3   truth of the allegations in Paragraph 317 of the Amended Complaint, which consist of statements of

4   economic theory that are best suited to expert opinion; to the extent any answer is required, HML

5   denies the allegations therein.

6       318.    HML states that it lacks knowledge or information sufficient to form a belief as to the

7   truth of the allegations in Paragraph 318 of the Amended Complaint, which consist of statements of

8   economic theory that are best suited to expert opinion; to the extent any answer is required, HML

9   denies the allegations therein.

10                  **2. "The Demand For Lithium Ion Batteries Is Inelastic"**

11      319.    HML states that it lacks knowledge or information sufficient to form a belief as to the

12  truth of the allegations in Paragraph 319 of the Amended Complaint, which consist of economic

13  theory that is best suited to expert opinion; to the extent any answer is required, HML denies the

14  allegations therein.

15      320.    HML states that it lacks knowledge or information sufficient to form a belief as to the

16  truth of the allegations in Paragraph 320 of the Amended Complaint, which consist of statements of

17  economic theory that are best suited to expert opinion; to the extent any answer is required, HML

18  denies the allegations therein.

19      321.    HML states that it lacks knowledge or information sufficient to form a belief as to the

20  truth of the allegations in Paragraph 321 of the Amended Complaint, which consist of statements of

21  economic theory that are best suited to expert opinion; to the extent any answer is required, HML

22  denies the allegations therein.

23             **3. "The Market For Lithium Ion Batteries Is Highly Concentrated"**

24      322.    HML states that it lacks knowledge or information sufficient to form a belief as to the

25  truth of the allegations in Paragraph 322 of the Amended Complaint, which consist of statements of

26  economic theory that are best suited to expert opinion; to the extent any answer is required, HML

27  denies the allegations therein.

28

323.   HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 323 of the Amended Complaint, which consist of statements of economic theory that are best suited to expert opinion; to the extent any answer is required, HML denies the allegations therein.

324.   If accurately described, which HML lacks sufficient information to confirm or deny, the document referenced in Paragraph 324 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.   HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 324, which consist of statements of economic theory that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

325.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 325 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining underlying allegations in Paragraph 325, which consist of statements of economic theory that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

**4.   "Trade Associations, Industry Conferences and Other Common Forums Available to Facilitate Collusion"**

326.   HML admits the allegations in Paragraph 326 of the Amended Complaint that it is a member of organizations related to its business, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 326; to the extent any answer is required, HML denies the allegations therein.   HML specifically denies that it participated in any "collusive activity."

a. "Battery Association of Japan"

327.   HML states that it lacks knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 327 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

328.    HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 328 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

329.    HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 329 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

330.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 330 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 330; to the extent any answer is required, HML denies the allegations therein.

331.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 331 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 331; to the extent any answer is required, HML denies the allegations therein.

332.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 332 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 332; to the extent any answer is required, HML denies the allegations therein.

333.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

document quoted in Paragraph 333 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 333; to the extent any answer is required, HML denies the allegations therein.

b. "<u>Korean Battery Trade Associations</u>"

334.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 334 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 334; to the extent any answer is required, HML denies the allegations therein.

335.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 335 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 335; to the extent any answer is required, HML denies the allegations therein.

336.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 336 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 336; to the extent any answer is required, HML denies the allegations therein.

337.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 337 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.

HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 337; to the extent any answer is required, HML denies the allegations therein.

338.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 338 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 338; to the extent any answer is required, HML denies the allegations therein.

339.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 339 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying allegations in Paragraph 339; to the extent any answer is required, HML denies the allegations therein.

c. "Other Trade Associations"

340.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 340 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML denies the allegations in the third sentence of Paragraph 340 to the extent they state that HML is a member of the Portable Rechargeable Battery Association.   HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 340; to the extent any answer is required, HML denies the allegations therein.

341.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 341 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

1    allegations in Paragraph 341; to the extent any answer is required, HML denies the allegations

2    therein.

3        342.    HML states that it lacks knowledge or information sufficient to form a belief as to the

4    truth of the allegations in Paragraph 342 of the Amended Complaint; to the extent any answer is

5    required, HML denies the allegations therein.

6        **E.  "Government Investigations into the Lithium Ion Batteries Cartel"**

7        343.    HML denies the allegations in Paragraph 343 of the Amended Complaint to the

8    extent they state allegations against HML.  HML lacks sufficient information to confirm or deny the

9    remaining allegations in Paragraph 343; to the extent that any answer is required, HML denies the

10   allegations therein.

11       344.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

12   document quoted in Paragraph 344 of the Amended Complaint speaks for itself and no further

13   response is required; to the extent that any answer is required, HML denies the allegations therein.

14   HML lacks knowledge or information sufficient to form a belief as to the truth of the underlying

15   allegations in Paragraph 344; to the extent any answer is required, HML denies the allegations

16   therein.

17       345.    HML lacks knowledge or information sufficient to form a belief as to the truth of the

18   allegations in Paragraph 345 of the Amended Complaint; to the extent any answer is required, HML

19   denies the allegations therein.

20       346.    HML states that it lacks knowledge or information sufficient to form a belief as to the

21   truth of the allegations in Paragraph 346 of the Amended Complaint; to the extent any answer is

22   required, HML denies the allegations therein.

23       347.    HML states that, if quoted accurately, the document quoted in Paragraph 347 of the

24   Amended Complaint speaks for itself and no further response is required; to the extent any response

25   is required, HML denies the allegations therein.

26       **1.  "The Criminal Guilty Pleas of Sanyo Electric Co. and LG Chem, Ltd."**

27           a. "Sanyo Electric Co. Ltd.'s Criminal Guilty Plea"

28

348.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 348 of the Amended Complaint speaks for itself and no further response is required.  HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 348 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

349.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 349 of the Amended Complaint speaks for itself and no further response is required.  HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 349 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

350.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 350 of the Amended Complaint speaks for itself and no further response is required.  HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 350 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein

b. "LG Chem Ltd.'s Guilty Plea Agreement"

351.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 351 of the Amended Complaint speaks for itself and no further response is required.  HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 351 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein

352.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 352 of the Amended Complaint speaks for itself and no further response is required.  HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 352 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein

353.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

1   document quoted in Paragraph 353 of the Amended Complaint speaks for itself and no further

2   response is required.  HML states that it lacks knowledge or information sufficient to form a belief

3   as to the truth of the allegations in Paragraph 353 of the Amended Complaint; to the extent any

4   answer is required, HML denies the allegations therein

5        354.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the

6   document quoted in Paragraph 354 of the Amended Complaint speaks for itself and no further

7   response is required.  HML states that it lacks knowledge or information sufficient to form a belief

8   as to the truth of the allegations in Paragraph 354 of the Amended Complaint; to the extent any

9   answer is required, HML denies the allegations therein

10       **F.   "Defendants Have a History of Conspiring to Fix Prices for Critical Components of**

11       **Consumer Electronics"**

12       355.   HML denies the allegations in Paragraph 355 of the Amended Complaint to the

13  extent that they state allegations against HML.  HML lacks knowledge or information sufficient to

14  form a belief as to the truth of the remaining allegations in Paragraph 355; to the extent any answer

15  is required, HML denies the allegations therein.  HML specifically denies that it has a "long history

16  of criminal collusion" or that it has admitted to "illegal conduct."

17       356.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the

18  document quoted in Paragraph 356 of the Amended Complaint speaks for itself and no further

19  response is required; to the extent that any answer is required, HML denies the allegations therein.

20  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining

21  underlying allegations in Paragraph 356; to the extent any answer is required, HML denies the

22  allegations therein.

23       357.   HML lacks knowledge or information sufficient to form a belief as to the truth of the

24  allegations in the first sentence of Paragraph 357 of the Amended Complaint, which consist of

25  statements of technical expertise that are best suited to an expert opinion; to the extent any answer is

26  required, HML denies the allegations therein.  HML specifically denies the allegations in Paragraph

27  346 to the extent they state that HML has pled guilty to fixing the prices of DRAM chips, LCD

28

screens, or Optical Disc Drives.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 357; to the extent any answer is required, HML denies the allegations therein.

358.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 358 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML further states that it lacks sufficient information to confirm or deny the underlying allegations in Paragraph 358; to the extent any answer is required, HML denies the allegations therein.

359.    HML denies the allegations in the first sentence of Paragraph 359 of the Amended Complaint to the extent they state allegations against HML.  If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in the second sentence of Paragraph 359 speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.  HML lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 359; to the extent any response is required, HML denies the allegations therein.  HML specifically denies using any "illegal means."

360.    HML states that it lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 360 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

361.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 361 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

362.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 362 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.  HML denies that Hitachi Displays, Ltd. is a subsidiary or parent of HML.

363.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 363 of the Amended Complaint; to the extent any answer is required, HML

1   denies the allegations therein.  HML denies that Hitachi-LG Data Storage is a subsidiary or parent of

2   HML.

3         364.   HML admits the allegations in Paragraph 364 of the Amended Complaint that certain

4   other defendants have pleaded guilty to fixing prices for other products.  HML denies that HML has

5   ever been charged with or pleaded guilty to price-fixing.

6         365.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the

7   document quoted in Paragraph 365 of the Amended Complaint speaks for itself and no further

8   response is required.  HML states that it lacks knowledge or information sufficient to form a belief

9   as to the truth of the allegations in Paragraph 365 of the Amended Complaint; to the extent any

10   answer is required, HML denies the allegations therein

11         366.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the

12   document quoted in Paragraph 366 of the Amended Complaint speaks for itself and no further

13   response is required.  HML states that it lacks knowledge or information sufficient to form a belief

14   as to the truth of the allegations in Paragraph 366 of the Amended Complaint; to the extent any

15   answer is required, HML denies the allegations therein.

## VI. "MANNER AND MEANS OF THE CONSPIRACY"

17         367.   HML denies the allegations in Paragraph 367 of the Amended Complaint to the

18   extent that they state allegations against HML.  HML lacks sufficient knowledge or information to

19   form a belief about the truth of the remaining allegations in Paragraph 367; to the extent any answer

20   is required, HML denies the allegations therein.  HML specifically denies that it participated in any

21   purported "combination" or "conspiracy."

## VII. "THE INFLATED PRICES OF LITHIUM ION BATTERIES WERE INCURRED BY AND/OR PASSED THROUGH TO PLAINTIFFS"

24         368.   HML denies the allegations in Paragraph 368 of the Amended Complaint to the

25   extent that they state allegations against HML.  HML lacks sufficient knowledge or information to

26   form a belief about the truth of the remaining allegations in Paragraph 368; to the extent any answer

27   is required, HML denies the allegations therein.  HML specifically denies that it participated in any

28

purported "conspiracy" regarding the price of Lithium Ion Batteries or that TracFone suffered any injury as the result of any conduct by HML.

369.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 369 of the Amended Complaint, which consist of statements of technical and economic theory that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

370.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 370 of the Amended Complaint, which consist of statements of technical and economic theory that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

371.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 371 of the Amended Complaint, which consist of statements of economic theory that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.

## VIII.  "ANTITRUST INJURY"

372.    HML denies the allegations in Paragraph 372 of the Amended Complaint to the extent that they state allegations against HML.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 372, which consist of statements of economic theory that are best suited to an expert opinion; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it participated in any purported misconduct.

373.    HML denies the allegations in Paragraph 373 of the Amended Complaint, and specifically denies that it engaged in any conspiracy and that any price competition was restrained, prices of LIBs were fixed, or purchasers were deprived of free competition as a result of HML's conduct or any purported "conspiracy."

374.    HML denies the allegations in Paragraph 374 of the Amended Complaint.  HML specifically denies that TracFone have suffered any injury as the result of conduct by HML.

375.     HML denies the allegations in Paragraph 375 of the Amended Complaint.  HML specifically denies that it violated antitrust laws and that TracFone suffered any injury as the result of HML's conduct.

376.     HML states that the allegation in Paragraph 376 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.

## IX.  "PLAINTIFFS' CLAIMS ARE NOT BARRED BY THE STATUTE OF LIMITATIONS"

### A.   "The Statute of Limitations Did Not Begin to Run Until Summer 2012 at the Earliest Because Plaintiffs Did Not and Could Not Discover Their Claims"

377.     HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 377 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

378.     If accurately described, which HML lacks sufficient information to confirm or deny, the documents described in Paragraph 378 of the Amended Complaint speak for themselves and no further response is required; to the extent that any answer is required, HML denies the allegations therein.

379.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document's quoted language in the remainder of Paragraph 379 of the Amended Complaint speaks for itself and no further response is required.  HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 379 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

380.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the document's quoted language in the remainder of Paragraph 380 of the Amended Complaint speaks for itself and no further response is required.  HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 380 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

381.     If accurately quoted, which HML lacks sufficient information to confirm or deny, the

document's quoted language in the remainder of Paragraph 381 of the Amended Complaint speaks for itself and no further response is required.  HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 381 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

382.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 382 of the Amended Complaint speaks for itself and no further response is required.  HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 382 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

383.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document's quoted language in the remainder of Paragraph 383 of the Amended Complaint speaks for itself and no further response is required.  HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 383 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

384.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document's quoted language in the remainder of Paragraph 384 of the Amended Complaint speaks for itself and no further response is required.  HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 384 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

385.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document's quoted language in the remainder of Paragraph 385 of the Amended Complaint speaks for itself and no further response is required.  HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 385 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

386.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document's quoted language in the remainder of Paragraph 386 of the Amended Complaint speaks for itself and no further response is required.  HML states that it lacks knowledge or information

1   sufficient to form a belief as to the truth of the allegations in Paragraph 386 of the Amended

2   Complaint; to the extent any answer is required, HML denies the allegations therein

3      387.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

4   document's quoted language in the remainder of Paragraph 387 of the Amended Complaint speaks

5   for itself and no further response is required.  HML states that it lacks knowledge or information

6   sufficient to form a belief as to the truth of the allegations in Paragraph 387 of the Amended

7   Complaint; to the extent any answer is required, HML denies the allegations therein.

8      388.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

9   document's quoted language in the remainder of Paragraph 388 of the Amended Complaint speaks

10  for itself and no further response is required.  HML states that it lacks knowledge or information

11  sufficient to form a belief as to the truth of the allegations in Paragraph 388 of the Amended

12  Complaint; to the extent any answer is required, HML denies the allegations therein.

13     389.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

14  document's quoted language in the remainder of Paragraph 389 of the Amended Complaint speaks

15  for itself and no further response is required.  HML states that it lacks knowledge or information

16  sufficient to form a belief as to the truth of the allegations in Paragraph 389 of the Amended

17  Complaint; to the extent any answer is required, HML denies the allegations therein.

18     390.    HML denies the allegations in Paragraph 390 of the Amended Complaint to the

19  extent they state allegations against HML.  If accurately quoted, which HML lacks sufficient

20  information to confirm or deny, the document's quoted language in the remainder of Paragraph 390

21  speaks for itself and no further response is required; to the extent that any answer is required, HML

22  denies the allegations therein.

23     391.    HML denies the allegations in Paragraph 391 of the Amended Complaint to the

24  extent they state allegations against HML.  If accurately quoted, which HML lacks sufficient

25  information to confirm or deny, the document's quoted language in the remainder of Paragraph 391

26  speaks for itself and no further response is required; to the extent that any answer is required, HML

27  denies the allegations therein.

28

HITACHI MAXELL, LTD.'S ANSWER TO TRACFONE'S FIRST AMENDED COMPLAINT
CASE NO. 4:13-MD-02420 (YGR)

392.   HML admits that it has promulgated and adheres to the policies ascribed to HML in Paragraph 392 of the Amended Complaint.

393.   HML admits that it has promulgated and adheres to the policies ascribed to HML in Paragraph 393 of the Amended Complaint.

394.   HML denies the allegations in Paragraph 394 of the Amended Complaint to the extent they state allegations against HML.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document's quoted language in the remainder of Paragraph 394 speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.

395.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document's quoted language in the remainder of Paragraph 395 of the Amended Complaint speaks for itself and no further response is required.   HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 395 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

396.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document's quoted language in the remainder of Paragraph 396 of the Amended Complaint speaks for itself and no further response is required.   HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 396 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

397.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document's quoted language in the remainder of Paragraph 397 of the Amended Complaint speaks for itself and no further response is required.   HML states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 397 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

398.   If accurately quoted, which HML lacks sufficient information to confirm or deny, the document's quoted language in the remainder of Paragraph 398 of the Amended Complaint speaks for itself and no further response is required.   HML states that it lacks knowledge or information

sufficient to form a belief as to the truth of the allegations in Paragraph 398 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

399.    HML lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 399 of the Amended Complaint; to the extent any answer is required, HML denies the allegations therein.

400.    HML states that the allegations in Paragraph 400 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.

**B.   "Fraudulent Concealment/ Equitable Estoppel Tolled the Statute of Limitations"**

401.    HML states that the allegations in Paragraph 401 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.

402.    HML denies the allegations in Paragraph 402 of the Amended Complaint to the extent that they state allegations against HML.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 402; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it engaged in unlawful conduct or that TracFone suffered any injury as the result of any conduct by HML.

403.    HML denies the allegations in Paragraph 403 of the Amended Complaint to the extent that they state allegations against HML.  HML further states that the remaining allegations in Paragraph 403 consist of legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.

404.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 404 of the Amended Complaint speaks for itself and no further response is required.  HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 404; to the extent any answer is required, HML denies the allegations therein.

405.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the

document quoted in Paragraph 405 of the Amended Complaint speaks for itself and no further response is required.  HML further states that it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 405; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it has participated in any purported "conspiratorial conversations" or "conspiratorial meetings."

406.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 406 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML specifically denies the allegation that it "concealed" its conduct by avoiding the "creation of a paper trail."

407.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 407 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein. HML specifically denies the allegation that it has participated in "price collusion" or any attempts to "conceal" said "price collusion."

408.    If accurately quoted, which HML lacks sufficient information to confirm or deny, the document quoted in Paragraph 408 of the Amended Complaint speaks for itself and no further response is required; to the extent that any answer is required, HML denies the allegations therein.

409.    HML denies the allegations in Paragraph 409 of the Amended Complaint to the extent that they state allegations against HML.  HML further states that the remaining allegations in Paragraph 404 consist of legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it participated in any "anticompetitive conspiracy."

410.    HML denies the allegations in Paragraph 410 of the Amended Complaint to the extent that they state allegations against HML.  HML further states that the remaining allegations in Paragraph 410 consist of legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that

1  it participated in any purported "conspiracy" or that it had "co-conspirators."

2  411.   HML denies the allegations in Paragraph 411 of the Amended Complaint to the

3  extent that they state allegations against HML.  HML further states that the remaining allegations in

4  Paragraph 411 consist of legal arguments and conclusions to which no response is required; to the

5  extent that any answer is required, HML denies the allegations therein.  HML specifically denies that

6  it participated in any purported "conspiracy" or that it had "co-conspirators."

7  412.   HML states that the allegations in Paragraph 412 of the Amended Complaint consist

8  of legal arguments and conclusions to which no response is required.   Further, HML lacks

9  knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

10  412 of the Amended Complaint; to the extent any answer is required, HML denies the allegations

11  therein.   HML specifically denies the allegation that it "committed fraudulent acts" or "actively

12  concealed those acts."

13  **X.  "TOLLING"**

14  413.   HML states that the allegations in Paragraph 413 of the Amended Complaint consist

15  of legal arguments and conclusions to which no response is required; to the extent that any answer is

16  required, HML denies the allegations therein.

17  **XI.  "TRADE AND COMMERCE AFFECTED BY DEFENDANTS' CONSPIRACY"**

18  414.   HML lacks knowledge or information sufficient to form a belief as to the truth of the

19  allegations in Paragraph 414 of the Amended Complaint, which consist of statements of economic

20  theory that are best suited to an expert opinion; to the extent any answer is required, HML denies the

21  allegations therein.

22  415.   HML lacks knowledge or information sufficient to form a belief as to the truth of the

23  allegations in Paragraph 415 of the Amended Complaint; to the extent any answer is required, HML

24  denies the allegations therein.

25  416.   HML lacks knowledge or information sufficient to form a belief as to the truth of the

26  allegations in Paragraph 416 of the Amended Complaint; to the extent any answer is required, HML

27  denies the allegations therein.

28

## A. **"Defendants' Conduct Involved Import Trade or Import Commerce"**

417.   HML denies the allegations in Paragraph 417 of the Amended Complaint to the extent that they state allegations against HML.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 417; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it engaged in any "illegal conduct."

418.   HML denies the allegations in Paragraph 418 of the Amended Complaint to the extent that they state allegations against HML.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 418; to the extent any answer is required, HML denies the allegations therein.

419.   HML denies the allegations in Paragraph 419 of the Amended Complaint to the extent that they state allegations against HML.  HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 419; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it sold any "price-fixed Lithium Ion Batteries."

420.   HML admits the allegations in Paragraph 420 of the Amended Complaint to the extent they are stated against HML, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 420; to the extent any answer is required, HML denies the allegations therein.

421.   HML denies the allegations in Paragraph 421 of the Amended Complaint to the extent that they state allegations against HML. HML lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 421; to the extent any answer is required, HML denies the allegations therein.  HML specifically denies that it "agreed on prices" with competitors and that it "manufactures products containing Lithium Ion Batteries."

422.   HML states that the allegations in Paragraph 422 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent any response is required, HML denies the allegations therein.

B. "**Defendants' Conduct Had a Direct, Substantial, and Reasonably Foreseeable Effect on U.S. Domestic and Import Trade or Commerce That Gave Rise to Plaintiffs' Antitrust Claims**"

423.    HML denies the allegations in Paragraph 423 of the Amended Complaint to the extent that they state allegations against HML.  HML states that the allegations in the final sentence of Paragraph 423 consist of legal arguments and conclusions to which no response is required; to the extent any response is required, HML denies the allegations therein.  HML further states it lacks sufficient information or knowledge to form a belief as to the remaining allegations in Paragraph 423; to the extent that any answer is required, HML denies the allegations therein.  HML specifically denies that it engaged in any "illegal conduct" or that any TracFone suffered any injury as the result of HML's conduct.

## XII. "LEGAL CLAIMS"

### A. "First Claim for Relief – Violation of Section 1 of the Sherman Act"

424.    HML incorporates by reference its responses to all of the preceding Paragraphs as if restated in full in response to Paragraph 424 of the Amended Complaint.

425.    HML denies the allegations in Paragraph 425 of the Amended Complaint.

426.    HML denies the allegations in Paragraph 426 of the Amended Complaint.

427.    HML denies the allegations in Paragraph 427 of the Amended Complaint.

428.    HML denies the allegations in Paragraph 428 of the Amended Complaint.

429.    HML denies the allegations in Paragraph 429 of the Amended Complaint.

430.    HML denies the allegations in Paragraph 430 of the Amended Complaint.

### B. "Second Claim for Relief – Violation of the California Cartwright Act"

431.    HML incorporates by reference its responses to all of the preceding Paragraphs as if restated in full in response to Paragraph 431 of the Amended Complaint.

432.    HML denies the allegations in Paragraph 432 of the Amended Complaint.

433.    HML states it lacks sufficient information or knowledge to form a belief as to the remaining allegations in Paragraph 433 of the Amended Complaint; to the extent that any answer is

required, HML denies the allegations therein.

434.   HML states that the allegations in Paragraph 434 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent any response is required, HML denies the allegations therein.

435.   HML states that the allegations in Paragraph 435 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent any response is required, HML denies the allegations therein. Specifically, HML denies the allegation that it engaged in "unlawful unfair methods of competition" or "unfair or deceptive trade practices" by "fixing prices."

436.   HML denies the allegations in Paragraph 436 of the Amended Complaint.

437.   HML denies the allegations in Paragraph 437 of the Amended Complaint.

438.   HML denies the allegations in Paragraph 438 of the Amended Complaint.

439.   HML states that the allegations in Paragraph 439 of the Amended Complaint consist of legal arguments and conclusions to which no response is required; to the extent that any answer is required, HML denies the allegations therein.

**"PRAYER FOR RELIEF"**

HML denies that TracFone has suffered any injury and further deny that TracFone is entitled to any of the relief they seek through the Amended Complaint, under any theory.

**"JURY TRIAL DEMANDED"**

HML admits that TracFone's demand for a trial by jury of all claims asserted in this Amended Complaint that are so triable.

**AFFIRMATIVE DEFENSES OF HML**

Unless otherwise specified, HML asserts the following affirmative defenses to TracFone's entire Amended Complaint and each and every cause of action purportedly stated therein, including all claims and/or causes of action made under any applicable law.

**<u>FIRST AFFIRMATIVE DEFENSE</u>**

The Amended Complaint fails to state a claim upon which relief can be granted.

1

### SECOND AFFIRMATIVE DEFENSE

2        TracFone's claims and prayer for relief against HML are barred, in whole or in part, because

3  TracFone conflates HML with other corporate entities including its subsidiary, Maxell Corporation

4  of America.

5

### THIRD AFFIRMATIVE DEFENSE

6        TracFone's claims and prayer for relief against HML are barred, in whole or in part, because

7  TracFone's alleged damages were caused by the conduct of parties other than HML.

8

### FOURTH AFFIRMATIVE DEFENSE

9        TracFone's claims and prayer for relief against HML are barred, in whole or in part, because

10  TracFone's alleged damages are speculative and impossible to ascertain and/or allocate.

11

### FIFTH AFFIRMATIVE DEFENSE

12        TracFone's claims and prayer for relief against HML are barred, in whole or in part, by

13  TracFone's failure to mitigate damages.

14

### SIXTH AFFIRMATIVE DEFENSE

15        TracFone's claims and prayer for relief against HML are barred, in whole or in part, by the

16  pertinent statute of limitations.

17

### SEVENTH AFFIRMATIVE DEFENSE

18        TracFone's claims and prayer for relief against HML are barred, in whole or in part, by the

19  doctrine of laches.

20

### EIGHTH AFFIRMATIVE DEFENSE

21        TracFone's claims and prayer for relief against HML are barred, in whole or in part, because

22  TracFone lacks standing.

23

### NINTH AFFIRMATIVE DEFENSE

24        TracFone's claims and prayer for relief against HML are barred, in whole or in part, because

25  TracFone failed to plead fraud, fraudulent concealment, or conspiracy with particularity.

26

27

28

1

**TENTH AFFIRMATIVE DEFENSE**

2
3

TracFone's claims and prayer for relief against HML are barred, in whole or in part, by the doctrine of waiver, estoppel, and/or unclean hands.

4

**ELEVENTH AFFIRMATIVE DEFENSE**

5
6
7

TracFone's claims and prayer for relief against HML are barred, in whole or in part, because the acts or omissions of HML did not substantially lessen competition in any properly defined market.

8

**TWELFTH AFFIRMATIVE DEFENSE**

9
10
11

TracFone's claims and prayer for relief against HML are barred, in whole or in part, because the alleged conduct was unilateral, has not unreasonably restrained trade, was based on independent and legitimate business justifications, and constituted bona fide competition.

12

**THIRTEENTH AFFIRMATIVE DEFENSE**

13
14

TracFone's claims and prayer for relief against HML are barred, in whole or in part, by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6(a).

15

**FOURTEENTH AFFIRMATIVE DEFENSE**

16
17
18

TracFone's claims and prayer for relief against HML are barred to the extent that HML's alleged conduct occurred outside the jurisdiction of this Court and/or was neither directed to nor affected persons, entities, or commerce in Florida.

19

**FIFTEENTH AFFIRMATIVE DEFENSE**

20
21

HML avers that TracFone's claims are barred, in whole or in part, to the extent that TracFone seeks damages that are duplicative of damages sought in other actions.

22
23
24
25
26

HML has not knowingly or intentionally waived any applicable affirmative defenses and reserves the right to assert and rely on such other applicable affirmative defenses as may become available or apparent during discovery proceedings.  HML further reserves the right to amend its Answer and/or affirmative defenses accordingly, and/or to delete affirmative defenses that it determines are not applicable during the course of discovery.

27
28

1

## PRAYER FOR RELIEF

2     Wherefore, HML respectfully requests that this Court:

3     A.     Enter judgment in favor of HML and against TracFone;

4     B.     Deny TracFone's requested relief against HML;

5     C.     Award HML its attorney's fees and costs; and

6     D.     Grant HML such other and further relief as the Court deems just and proper.

7  Dated: May 30, 2017                    Respectfully submitted,

8                                             By: */s/ Craig P. Seebald*

9                                             Craig P. Seebald (*pro hac vice*)
                                              Jason A. Levine (*pro hac vice*)
10                                            Jeremy C. Keeney (*pro hac vice*)
11                                            VINSON & ELKINS LLP
                                              2200 Pennsylvania Avenue NW
12                                            Suite 500 West
                                              Washington, D.C. 20037
13                                            Telephone: (202) 639-6585
                                              Facsimile: (202) 879-8995
14                                            cseebald@velaw.com
15                                            jlevine@velaw.com
                                              jkeeney@velaw.com
16
17                                            Matthew J. Jacobs (No. 171149)
                                              mjacobs@velaw.com
18                                            VINSON & ELKINS LLP
                                              555 Mission Street, Suite 2000
19                                            San Francisco, CA 94105
                                              Telephone: 415.979.6900
20                                            Facsimile: 415.651.8786

21
22                                            *Counsel for Defendant Hitachi Maxell, Ltd.*

23

24

25

26

27

28

**HITACHI MAXELL, LTD.'S ANSWER TO TRACFONE'S FIRST AMENDED COMPLAINT**
**CASE NO. 4:13-MD-02420 (YGR)**

CERTIFICATE OF SERVICE

    The undersigned certifies that on May 30, 2017, the foregoing document DEFENDANT HITACHI MAXELL, LTD.'S ANSWER TO AMENDED COMPLAINT OF TRACFONE WIRELESS, INC. was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means.


                                    /s/ Craig P. Seebald
                                    Craig P. Seebald